UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:24-cv-01161-SP | Date | September 5, 2024 |
|---|---|---|---|
| Title | ESTEVAN MATA v. UNITED STATES OF AMERICA, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **(In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Effect Service and Prosecute**

      On May 31, 2024, plaintiff Estevan Mata filed a complaint against defendants United States of America and Department of Agriculture.  Under Federal Rule of Civil Procedure 4(m), plaintiff was required to serve each defendant with the summons and complaint within 90 days after the complaint's filing, that is, no later than August 29, 2024.  Because the defendants to be served are the United States and one of its departments, under Federal Rule of Civil Procedure 4(i), to effect service on defendants, plaintiff was specifically required to serve the summons and complaint on: (1) the United States Attorney for the Central District of California (by delivering a copy to the United States Attorney or his designee, or by sending a copy by registered or certified mail to the Civil Process Clerk at the United States Attorney's Office for the Central District of California); (2) the United States Attorney General by sending a copy by registered or certified mail to the Attorney General of the United States in Washington, D.C.; and the United States Department of Agriculture by sending a copy by registered or certified mail to that department.

      The deadline for service has now passed.  On June 26, 2024, plaintiff filed a proof of service with the court, stating: the summons and complaint were left with an individual at the Department of Agriculture on June 17, 2024, and then copies were mailed to the Department of Agriculture by first class mail that same day.  Docket no. 7.  As noted on the court's docket entry for this proof of service, service was not made in compliance with the Federal Rules of Civil Procedure.  The Department of Agriculture was not served by registered or certified mail as required, and there is no indication that either the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:24-cv-01161-SP | Date | September 5, 2024 |
|---|---|---|---|
| Title | ESTEVAN MATA v. UNITED STATES OF AMERICA, et al. | | |

United States Attorney for this district or the United States Attorney General were served at all, much less by the required methods. As such, plaintiff has failed to effect service on defendants.

Accordingly, plaintiff is ORDERED to show cause in writing by *September 19, 2024* why this case should not be dismissed without prejudice for plaintiff's failure to prosecute and serve defendants within the required time period. Plaintiff may discharge this Order to Show Cause by filing, not later than September 19, 2024, proof of complete and proper service of the summons and complaint.

**The court warns plaintiff that failure to respond to the Order to Show Cause by September 19, 2024, or further failure to prosecute this action in accordance with court orders, may result in dismissal of this action for failure to prosecute.**